| | |
|---|---|
| 1 | **GUST ROSENFELD P.L.C.**<br>One East Washington, Suite 1600 |
| 2 | Phoenix, Arizona 85004-2553<br>Telephone No. (602) 257-7989 |
| 3 | Scott A. Malm – 018484<br>samalm@gustlaw.com |
| 4 | Robert C. Williams – 033213<br>rwilliams@gustlaw.com |
| 5 | |
| 6 | Attorneys for *Southwest Property, LLC*<br>and *Haymarket Insurance, LLC* |

7      UNITED STATES BANKRUPTCY COURT

8      DISTRICT OF ARIZONA

| | |
|---|---|
| 9  In re: | (Chapter 7) |
| 10 JASON S. MARSHALL, | Case No: 2:19-bk-12178-MCW |
| 11      Debtor. | |

### NOTICE OF ERRATA AND AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Gust Rosenfeld P.L.C. gives notice that the Notice of Appearance and Request for Notice filed at Dkt. 7 inadvertently named an incorrect party—*First American Title Insurance Company*. Gust Rosenfeld P.L.C. gives notice that it represents *Southwest Property, LLC* and *Haymarket Insurance, LLC* in the above-captioned bankruptcy case. In accordance with Rule 2002(g), FEDERAL RULES OF BANKRUPTCY PROCEDURE, undersigned counsel requests that copies of all pleadings and notices be sent to:

> Scott A. Malm
> Robert C. Williams
> Gust Rosenfeld P.L.C.
> One East Washington, Suite 1600
> Phoenix, Arizona 85004
> samalm@gustlaw.com
> rwilliams@gustlaw.com

Please take notice that the foregoing request for notice includes, without limitation, notice of any orders, pleadings, motions, applications, demands, requests for hearings and memoranda and briefs in support of any of the foregoing.

RCW:rcw 3649652.1 10/17/2019

1

Dated this 17th day of October, 2019.

GUST ROSENFELD P.L.C.

By: /s/ Robert C. Williams # 033213
Scott A. Malm
Robert C. Williams
Attorneys for *Southwest Property, LLC* and *Haymarket Insurance, LLC*

The foregoing electronically filed this 17th day of October, 2019 with:

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
*https://ecf.azb.uscourts.gov*

Copies of the foregoing mailed or emailed this 17th day of October, 2019 to:

Benjamin Wright
Wright Law Offices
2999 N. 44th St., Suite 600
Phoenix, AZ 85018
Attorney for *Debtor*

Eric M. Haley
P.O. Box 13390
Scottsdale, AZ 85267
*Chapter 7 Trustee*

By: /s/ Megan Becker

RCW:rcw 3649652.1 10/17/2019