SO ORDERED.

Dated: December 16, 2019



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:  (Chapter 7)

JASON S. MARSHALL,  Case No: 2:19-bk-12178-MCW

       Debtor.

**STIPULATED ORDER EXTENDING DEADLINE TO FILE COMPLAINT TO DETERMINE WHETHER CERTAIN DEBTS ARE NONDISCHARGEABLE UNDER 11 U.S.C. § 523**

Debtor, Jason S. Marshall, and Creditors, Southwest Property, LLC ("Southwest") and Haymarket Insurance, LLC ("Haymarket"), stipulate and agree to an extension of time for Southwest and Haymarket to file a complaint to determine whether certain debts are nondischargeable under 11 U.S.C. § 523. The initial deadline to file a complaint to determine the dischargeability of certain debts is December 27, 2019. The Debtor, Southwest, and Haymarket stipulated and agreed that Southwest and Haymarket may have until and including June 26, 2020 to file a complaint to determine whether certain debts are nondischargeable under 11 U.S.C. § 523.

**IT IS ORDERED** that the deadline for Southwest and Haymarket to file a complaint to determine whether certain debts are nondischargeable under 11 U.S.C. § 523(a) is extended to June 26, 2020.

**DATED AND SIGNED ABOVE.**

Approved as to Content and Form:

**GUST ROSENFELD P.L.C.**

By: /s/ Robert C. Williams
    Scott A. Malm
    Robert C. Williams
    Attorneys for *Southwest Property, LLC*
    And *Haymarket Insurance, LLC*


**WRIGHT LAW OFFICES**

By: /s/ Benjamin Wright (w/ permission)
    Benjamin Wright
    Attorney for *Debtor*